IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY GOODMAN                                                                        PLAINTIFF

v.                                   NO. 5:11CV00022 HDY

MICHAEL J. ASTRUE,                                                                 DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration. The complaint filed by plaintiff Gary Goodman is dismissed, and all requested relief is denied.

IT IS SO ORDERED this ___23___ day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE